# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

ELIZABETH OUBRE, MICHAEL
OUBRE, LEON OUBRE, AND
DANIEL DIMARCO, EACH
INDIVIDUALLY AND ALSO ON
BEHALF OF THE ESTATE OF THE
LATE LEON DIMARCO

NO.   2020 CW 0639

VERSUS

PRACTICE PROTECTION FUND AND
CHARLES R. GENOVESE, JR.,
M.D.

**OCTOBER 26, 2020**

---

In Re:    Charles Genovese, Jr., M.D., applying for supervisory
          writs,  21st  Judicial  District  Court,  Parish  of
          Tangipahoa, No. 2014-0000327.

---

**BEFORE:    WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

   **WRIT  DISMISSED.**   This  writ  application  is  dismissed
pursuant  to  relator's  motion  advising  that  the  parties  have
amicably  resolved  their  differences  and  moving  to  dismiss  this
writ application.

**VGW**
**JEW**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
        FOR THE COURT